MARY A. KITTELL AND OTHERS, APPELLANTS, *v.* WILLIAM R. OSBORN AND OTHERS, RESPONDENTS.

*Assignment for benefit of creditors — construction of — passive trust.*

An assignment of property in trust for its sale and the payment of the assignor's debts, and for the investment of the residue, if any, for the assignor's use during his life, and, in case of his decease before the completion of said trust, and the payment of his debts, that the residue be passed over to his heirs-at-law, gives

the assignor's heirs no estate, unless he dies before his debts are paid. No trust is thereby created in the surplus after payment of debts, as a mere passive trust to hold property for another's use cannot exist under the laws of this State.

APPEAL from a judgment, entered on the report of a referee, in favor of the defendant.

*John B. Murray*, for the appellants.

*E. H. Lamb*, for the respondents.

Opinion by GILBERT, J.

Judgment affirmed.